UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

AARON MALONE, )
)
    Plaintiff, )
)
v. ) No. 2:19-CV-00074-JRG-CRW
)
FREDDY ROARK, J. STALCUP, and )
ALETHIA LEWIS, )
)
    Defendants. )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendants' motion for summary judgment [Doc. 55] is **GRANTED**.

2. This action is **DISMISSED**.

3. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

4. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                                            s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT:


*s/ LeAnna R. Wilson*
District Court Clerk